**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AIR EXPRESS INTERNATIONAL USA, INC. D/B/A DHL GLOBAL FORWARDING,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**N.V. FREIGHT, INC.,**<br><br>   Defendant. | Case No. 4:19-CV-3933-YGR<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: 77, 80 |

The parties to this action, by and through their counsel, have advised the Court that they have agreed to a settlement. (Dkt. No. 80.) Accordingly, it is **ORDERED** that this case is **DISMISSED** and any hearings scheduled in this matter are **VACATED**. It is further **ORDERED** that defendant's motion for summary judgment is **DENIED AS MOOT**. (Dkt. No. 77.) It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates Dkt. No. 77.

**IT IS SO ORDERED.**

Dated: **May 7, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**